UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIA CHANTE MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-269-D** |
| ) | |
| SAS INSTITUTE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 27] and DISMISSES the complaint without prejudice. The court DENIES as futile Morris's motion for leave to file an amended complaint [D.E. 32].

**This Judgment Filed and Entered on May 14, 2019, and Copies To:**

| | |
|---|---|
| Maria Chante Morris | (Sent to 140 Bertram Drive Clayton, NC 27520 via US Mail) |
| Kevin Michael Ceglowski | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

May 14, 2019  (By) /s/ Nicole Sellers

Deputy Clerk